# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| FLORIM USA, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:09-CV-01023 |
| ) | |
| GIORGIO MINGARELLI, ) | Judge William J. Haynes Jr. |
| ) | Magistrate Judge E. Clifton Knowles |
| Defendant. ) | |
| ) | |

## DEFENDANT GIORGIO MINGARELLI'S MOTION FOR LEAVE TO FILE A REPLY BRIEF

Pursuant to Rule 7.01 (b) of the Local Rules of the Middle District of Tennessee, Defendant, Giorgio Mingarelli, moves the Court for leave to file a reply to Plaintiff's Response in Opposition to Defendant's Motion for Advancement of Litigation Expenses. A copy of the proposed reply is filed herewith.

Respectfully submitted,

/s Travis B. Swearingen
Shelby Grubbs (#01581)
G. Brian Jackson (#15497)
Ryan A. Kurtz (#18075)
Travis B. Swearingen (#25717)
Miller & Martin PLLC
1200 One Nashville Place
150 Fourth Avenue, North
Nashville, TN 37219-2433
(615) 244-9270
sgrubbs@millermartin.com
bjackson@millermartin.com
rkurtz@millermartin.com
tswearingen@millermartin.com

*Attorneys for Defendant Giorgio Mingarelli*